IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| IN THE MATTER OF THE | § | |
| PETITION OF HARRY W. | § | No. 188, 2015 |
| ANDERSON FOR A WRIT OF | § | |
| MANDAMUS | § | |

Submitted: May 1, 2015
Decided: June 10, 2015

Before **STRINE**, Chief Justice; **HOLLAND**, and **VALIHURA**, Justices.

## ORDER

This 10th day of June 2015, upon consideration of the petition of Harry W. Anderson for an extraordinary writ of mandamus, it appears to the Court that:

(1)    The petitioner, Harry W. Anderson, seeks to invoke the original jurisdiction of this Court, under Supreme Court Rule 43, to issue a writ of mandamus compelling the Superior Court to rule on a Motion for Extraordinary Circumstances Under Reconsideration for a Writ of Habeas Corpus ("Motion for Reconsideration") he filed in September 2014. The State of Delaware has filed an answer and motion to dismiss Anderson's petition.

(2)    In an order dated June 8, 2015, the Superior Court denied the Motion for Reconsideration as moot. Anderson's petition for a writ of mandamus compelling the Superior Court to rule on the Motion for Reconsideration is therefore moot.

NOW, THEREFORE, IT IS ORDERED that the petition for the issuance of a writ of mandamus is DISMISSED as moot.

BY THE COURT:

/s/ Randy J. Holland
Justice